IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| STEPHEN S. JOHNSON, JR., et al., | ) |
| Plaintiffs, | ) Case No. 3:17-cv-152 |
| v. | ) JUDGE THOMAS M. ROSE |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| Defendant. | ) |

## **SETTLEMENT AND DISMISSAL ENTRY**

This day came the parties by their counsel and it appearing that this action has been settled, and the settlement monies agreed upon paid to the Plaintiffs, this action is dismissed with prejudice to the bringing of a new action against the Defendant. Each party to bear its own costs.

s/Thomas M. Rose

_____
THOMAS M. ROSE, JUDGE

APPROVED:

WHETSTONE LEGAL, LLC

By: /s/ Stephen G. Whetstone
    STEPHEN G. WHETSTONE    (0088666)
    Post Office Box 6
    2 N. Main Street, Unit 2
    Thornville, Ohio 43076

(740) 785-7730  FAX: (740) 205-8898
steve@whetsonelegal.com
Trial Attorney for Plaintiffs

GALLAGHER, GAMS, PRYOR,
TALLAN & LITTRELL, L.L.P.


By: /s/ Mark H. Gams
    MARK H. GAMS    (0025362)
    471 East Broad Street, 19th Floor
    Columbus, Ohio 43215-3872
    (614) 228-5151 FAX: (614) 228-0032
    mgams@ggptl.com
    Trial Attorney for Defendant, State Farm
    Fire and Casualty Company

mhg\200716\pl 07 kh